UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** July 7, 2016 | **Time:** 3 minutes<br>1:39 p.m. to 1:42 p.m. | **Judge:** WILLIAM H. ORRICK |

**Case No.**: 14-cr-00212-WHO-2  **Case Name:** UNITED STATES v. McCowan

**Attorney for Plaintiff:** Frank Riebli
**Attorney for Defendant:** Robert Waggener
Defendant **Willie McCowan** - present, in custody

| | |
|---|---|
| **Deputy Clerk:** Jean Davis | **Court Reporter:** Rhonda Aquilina |
| **Interpreter:** n/a | **Probation Officer:** n/a |

## PROCEEDINGS

Parties appear for first Status Conference before District Judge.

**CASE CONTINUED TO: August 18, 2016 for further Status Conference**

**EXCLUDABLE DELAY:**
Category     Effective preparation of counsel
Begins       July 7, 2016
Ends         August 18, 2016