UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** August 22, 2016    **Time:** 2 minutes    **Judge:** WILLIAM H. ORRICK
1:42 p.m. to 1:44 p.m.

**Case No.:** 14-cr-00212-WHO-2    **Case Name:** UNITED STATES v. McCowan

**Attorney for Plaintiff:** Frank Riebli
**Attorney for Defendant:** Gabriela Bischof
Defendant **Willie McCowan** - present, on bond

**Deputy Clerk:** Jean Davis    **Court Reporter:** Katherine Sullivan
**Interpreter:** n/a    **Probation Officer:** n/a

### PROCEEDINGS

Parties appear for status conference. Discovery has been produced. Defense counsel Robert Waggener is expected to be involved in a state court murder trial through mid-September. Counsel request continuance to allow Mr. Waggener to review discovery materials with his client.

**CASE CONTINUED TO: September 29, 2016 at 1:30 p.m. for further status conference**

**EXCLUDABLE DELAY:**
Category     Effective preparation of counsel
Begins       August 18, 2016
Ends         September 29, 2016