UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** October 27, 2016     **Time:** 2 minutes     **Judge:** WILLIAM H. ORRICK
1:47 p.m. to 1:49 p.m.

**Case No.:** 14-cr-00212-WHO-2     **Case Name:** UNITED STATES v. McCowan

**Attorney for Plaintiff:** Frank Riebli
**Attorney for Defendant:** Robert Waggener
Defendant **Willie McCowan** - present, on bond

**Deputy Clerk:** Jean Davis     **Court Reporter:** Kelly Shainline
**Interpreter:** n/a     **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for status conference. Counsel have been hindered in their ability to sit down to discuss the possible resolution of this case by the demands of a murder trial in which Mr. Waggener has been involved. That trial has now concluded. Counsel should be in a position to determine whether this matter is appropriate for change of plea or trial setting by the next appearance.

**CASE CONTINUED TO: December 8, 2016 at 1:30 p.m. for change of plea hearing or trial setting.**

**EXCLUDABLE DELAY:**
Category     Effective preparation of counsel
Begins     October 27, 2016
Ends     December 8, 2016