UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


### CRIMINAL MINUTES

**Date:** December 8, 2016          **Time:** 5 minutes          **Judge:** WILLIAM H. ORRICK
                                1:55 p.m. to 2:00 p.m.


**Case No.:** 14-cr-00212-WHO-2     **Case Name:** UNITED STATES v. McCowan


**Attorney for Plaintiff:**     Frank Riebli
**Attorney for Defendant:**     Robert Waggener
                                Defendant **Willie McCowan** - present, on bond


**Deputy Clerk:** Jean Davis                    **Court Reporter:** Kathy Wyatt
**Interpreter:** n/a                            **Probation Officer:** n/a


### PROCEEDINGS

Parties appear for trial setting hearing.

Motion Hearing:      February 23, 2017 at 1:30 p.m., or earlier date upon agreement of counsel
Pretrial Conference: February 27, 2017 at 2:00 p.m.
Jury Trial:          March 13, 2017 at 8:30 a.m.


**EXCLUDABLE DELAY:**

Category     Effective preparation of counsel
Begins       December 9, 2016
Ends         March 13, 2017