UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** January 26, 2017  **Time:** 8 minutes  **Judge:** WILLIAM H. ORRICK
1:49 p.m. to 1:57 p.m.

**Case No.**: 14-cr-00212-WHO-2  **Case Name:** UNITED STATES v. McCowan

**Attorney for Plaintiff:**  Frank Riebli
**Attorney for Defendant:**  Robert Waggener
Defendant **Willie McCowan** - present, on bond

**Deputy Clerk:** Jean Davis  **Court Reporter:** Lydia Zinn
**Interpreter:** n/a  **Probation Officer:** n/a

## PROCEEDINGS

Parties appear to be heard as to defendant's motion for continuation of trial and related deadlines. Upcoming obligations and scheduling of counsel discussed. Trial continued to **July 5, 2017 at 8:30 a.m.** Pretrial conference set for **June 19, 2017 at 2:00 p.m.** A new briefing schedule for motions will be agreed to by counsel in light of the new trial date. The government requests that defendant be specifically advised on the record as to the government proposal of diversion through the CAP program and the possible sentence which could result from a conviction at trial. The Court declines to become involved with the negotiations between the parties but does provide the defendant information regarding the CAP program. Counsel to meet and agree on a schedule for any motions the defense wishes to file.

**CASE CONTINUED TO: June 19, 2017 at 2:00 p.m. for Pretrial Conference**.

**EXCLUDABLE DELAY:**
Category     Effective preparation of counsel
Begins       January 26, 2017
Ends         June 19, 2017